**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CUTLER et al** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.8: 25-cv-03249DLB |
| | : | |
| **ASTRASOFT PROJECTS LTD., et al** | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Limited Surreply (ECF134), and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Limited Surreply is **GRANTED**; and it is further

**ORDERED** that the Clerk shall accept for filing the Limited Surreply attached to Plaintiff's Motion as a surreply in opposition to Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss (ECF 105).

**IT IS SO ORDERED**.

Dated: _____, 2026

_____
THE HONORABLE DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

1